[No. 37192-4-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-08359-9, James D. McCutcheon, Jr., J., entered August 18, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37203-3-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. IGOR SHULGIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02242-8, Joan E. DuBuque, J., entered August 14, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37219-0-I.    Division One.    April 14, 1997.]

JOHN BYNUM, ET AL., *Appellants*, v. THE BOEING COMPANY, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 93-2-05160-3, Marsha J. Pechman, J., entered December 16, 1994, March 9, March 16, and April 25, 1995. *Affirmed* by unpublished opinion per Allendoerfer, J. Pro Tem., concurred in by Kennedy, A.C.J., and Cox, J.

[No. 37271-8-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN C. HAMPTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07847-6, George T. Mattson, J., entered August 21, 1995. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster, J., and Allendoerfer, J. Pro Tem.